

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00299-CV

**IN THE INT OF JJB**, a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02385
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on July 14, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court